IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Donald-Bowers, Patricia A

Printed: 4/1/08

Case Number: 06 B 12250
Judge: Wedoff, Eugene R
Filed: 9/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed - No Disch:  February 28, 2008
Confirmed:  December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,425.00 |  |
| Secured: |  | 2,770.50 |
| Unsecured: |  | 436.21 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 254.40 |
| Other Funds: |  | 2,463.89 |
| Totals: | 7,425.00 | 7,425.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 1,500.00 | 1,500.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 1,219.83 | 1,219.83 |
| 5. | Washington Mutual Bank FA | Secured | 17,701.51 | 1,550.67 |
| 6. | Peoples Energy Corp | Unsecured | 436.21 | 436.21 |
| 7. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 8. | AFNI | Unsecured |  | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 10. | Bank One | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | GC Services | Unsecured |  | No Claim Filed |
| 13. | FCNB Preferred Charge | Unsecured |  | No Claim Filed |
| 14. | Harris & Harris | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | AFNI | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | Medical Collections | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Providian Bank | Unsecured |  | No Claim Filed |
| 23. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 25. | Risk Management Alternatives | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Donald-Bowers, Patricia A

Printed: 4/1/08

Case Number: 06 B 12250
Judge: Wedoff, Eugene R
Filed: 9/27/06

|  |  |
|---|---|
| _____ | _____ |
| $ 20,857.55 | $ 4,706.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 108.00 |
| 5.4% | 146.40 |
|  | _____ |
|  | $ 254.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____